UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States

v.

Gorgi Naumovski

-----------------------------------------------------------X

20-cr-00384-WFK

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

AUSA Andrew Estes

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Maksim Nemtsev__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Maksim Nemtsev PC__ and a member in good standing of the bar(s) of the State(s) of __Massachusetts and New York__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Gorgi Naumovski__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 2/21/2023

Respectfully submitted,

[signature]

Signature of Movant
Firm Name   Maksim Nemtsev PC
Address   20 Park Plaza, Suite 1000
              Boston, MA 02116
Email   menemtsev@gmail.com
Phone   347-251-4800