UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

United States

                              Plaintiff(s),

    v.

Gorgi Naumovski

                              Defendant(s).

-----------------------------------------------------------

20-cr-00384-WFK

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, Maksim Nemtsev, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Maksim Nemtsev PC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Massachusetts and New York.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 690826
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 20-cr-00384-WF for Gorgi Naumovksi.

Date 2/21/23
Boston, MA

Signature of Movant
Firm Name Maksim Nemtsev PC
Address 20 Park Plaza, Suite 1000
Boston, MA 02116

**NOTARIZED**

Email menemtsev@gmail.com
Phone 3472514800