# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9558
rradick@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 23, 2023

**By ECF and E-Mail**
The Honorable William F. Kuntz, II
United States District Judge
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>United States v. Gorgi Naumovski</u>, No. 20 Cr. 384 (WFK)

Dear Judge Kuntz:

    Further to an exchange of emails earlier today with Your Honor's Case Manager Ms. Stephanie Yu, and with the consent of the government, I respectfully submit this letter to request a brief continuance of the next status conference in this matter.

    The next status conference was originally scheduled for tomorrow, February 24, 2023 at 12:30 p.m. Earlier today, the parties received an order from the Court pursuant to which the status conference was adjourned to Monday, February 27, 2023 at 12:30 p.m. Due to scheduling issues that the February 27, 2023 date presents, and based on discussions with Mr. Estes about alternative dates on which the parties are mutually available, I respectfully request that the Court briefly adjourn the status conference until either March 9, 2023 (at any time that is convenient for the Court), or alternatively, until March 10, 2023 (at 4:30 pm or thereafter). If neither of these dates and times are available for the Court, the parties will gladly work to propose others.

    Further, given that this matter has been designated a complex case under the Speedy Trial Act, and in light of the proposed motion schedule that the parties have already presented to the Court, Mr. Naumovski consents to the exclusion from Speedy Trial calculations of the period between February 24, 2023 and any rescheduled date for the next status conference in the matter.

Morvillo Abramowitz Grand Iason & Anello P.C.

The Honorable William F. Kuntz, II
February 23, 2023
Page 2

      On behalf of the parties, I thank the Court for its consideration of this request.

                Respectfully,

                Robert M. Radick

cc:    Andrew Estes, U.S. Department of Justice (by ECF and email)
        Maksim Nemtsev, Esq. (by ECF and email)