**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORGI NAUMOVSKI,<br><br>Defendant. | NOTICE OF MOTION TO DISMISS THE INDICTMENT FOR IMPOPER VENUE OR TO TRANSFER THE CASE TO THE MIDDLE DISTRICT OF NORTH CAROLINA<br><br>No. 20 Cr. 384 (WFK) |

PLEASE TAKE NOTICE, that upon the annexed memorandum of law, the defendant

GORGI NAUMOVSKI, by his attorney MAKSIM NEMTSEV, will move the Court, before the

Honorable William F. Kuntz II, United States District Judge for the Eastern District of New

York, for an Order dismissing the indictment for improper venue under Fed. R. Crim. P.

12(b)(3)(A)(i) or transferring the case to the Middle District of North Carolina pursuant to Fed.

R. Crim. P. 21(b).


DATED:     BOSTON, MA
           July 17, 2023


                                        /s/ Maksim Nemtsev
                                        Maksim Nemtsev, Esq.
                                        Mass. Bar No. 690826
                                        20 Park Plaza, Suite 1000
                                        Boston, MA 02116
                                        (617) 227-3700
                                        max@mnpc.law

TO:    Andrew Estes
U.S. Department of Justice
271 Cadman Plaza East
Brooklyn, NY 11201


Patrick J Campbell
U.S. Attorney's Office Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201