

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:CSK
F. #2020R00105

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 25, 2024

By ECF
The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Gorgi Naumovski
                Criminal Docket No. 20-384 (WFK)

Dear Judge Kuntz:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Gorgi Naumovski, has agreed to in connection with his guilty plea accepted by Your Honor on January 16, 2024. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

                                                Respectfully submitted,

                                                BREON PEACE
                                                United States Attorney

                            By:    /s/ Claire S. Kedeshian
                                                Claire S. Kedeshian
                                                Assistant U.S. Attorney
                                                (718) 254-6051

Encl.: Order of Forfeiture
cc:     Counsel of Record (by ECF)