# EXHIBIT 2

Rosie M. Naumovski
7082 State Route 152
Du Quoin, IL 62832

July 16, 2024

The Honorable William F Kuntz, II
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gorgi Naumovski

Dear Judge Kuntz:

My name is Rosie Naumovski. I am Gorgi's wife and we have been married for 14 years. Currently, I'm employed by MariMed Corporation as the Illinois General Manager for Green Growth Group and Thrive Dispensaries. I oversee compliance for five retail stores employing 125 plus staff, as well as a 32,000 square foot craft grow production facility, that employs approximately 75 people in southern Illinois. I have been associated with MariMed since 2014. Before working in this industry, I was employed by a not-for-profit, 501C(3) company that administered federal job training programs. I worked for Management, Training and Consulting, Corp. for over 24 years, assisting people with on-the-job training and educational programs for low-income adults, dislocated workers, and youth. I was born in Rockford, Illinois and at the age of 5, my family moved back home to southern Illinois where I have resided since. I attended local community colleges with interests in business management and accounting. I have also dabbled in small businesses. My good friend, Michelle and I started a custom closet business in 1995 but once we had children, we couldn't continue with the demands of raising a family, working fulltime and having a side business. I've also had the opportunity to invest in other businesses such as real estate, building design and remodeling, and the new industry of cannabis.

Gorgi and I met in Chicago in late 2007. We were both having dinner at a restaurant where we struck up a conversation. He let me know he was Canadian and that he had four children. He laughed as he told me this, saying "this is where you run". I laughed as well, but I didn't run. Meeting someone from another country was not something either of us expected. We would talk for hours on the phone as we got to know each other. I was skeptical how a long distance relationship would work, but in our many conversations, we decided it was something we both wanted to pursue. Gorgi's child custody awarded him 1 week on with his children and 1 week with their mother. This allowed him to travel often to see me and get to know me and my daughter, Afton. I also would travel to Canada to spend time with his family as well. Gorgi is a very

{ 1 }

thoughtful and caring person. He's a great dad to his four children and step father for my daughter. It was very clear that I would not uproot my only daughter from her biological father, friends and family and that I would continue to raise her into adulthood in southern Illinois. Our plan was to eventually spend more time in Canada, with his aging parents, once our lives slowed down and all of our children were raised. We always expected to be able to reside in both the U.S. and in Canada. We realize now that more than likely will not be the case.

In 2008, Gorgi was diagnosed with testicular cancer. At his age, this type of cancer wasn't as common. He and I spent days and a few nights in the Toronto hospital and several follow-up treatments lasting for 10 years. I recognized that although Gorgi was frightened by this diagnosis, he maintained a positive attitude for his kids benefit and complied with the doctor's instructions. I'm happy to say the treatment worked, but it was a very scary time in our lives.

We took the legal steps to apply for Gorgi's permanent resident card, after we were married October 1, 2010 at a small courthouse ceremony in Belleville, Illinois. We bought some old, run down buildings on Main street in DuQuoin, IL. One of them we remodeled the upstairs units and made two studio apartments; which we rented. The other building, we started a cabinet and granite shop.

In 2013, I had left my job at Man-Tra-Con to focus on the cabinet business and also, prepare for the arduous application process for the Illinois Medical Cannabis license with Gorgi. My background in application writing and policy adherence, prepared me well for this new industry. Gorgi and I did not "partake", grow or know much about cannabis in general, but we did reach out to consultants to help guide us and we would attend educational events to learn more about the industry. We applied in four districts, hoping to receive one license and surprisingly, we were awarded two. Both of these districts were in small, rural areas, and neither were heavily populated. Once the stores were built and commissioned, in March of 2016 in Harrisburg and May, 2016, in Anna, Illinois, Gorgi would go one direction, driving over 1 hour to Harrisburg and I would go to the Anna store which was 45 minutes south. We had a very small crew of employees, and we didn't have a large customer base. The medical program was not a lucrative business to say the least. We got to know the licensed patients well, as we tried to help them navigate their conditions by using cannabis. Gorgi became very close to a young veteran patient who was diagnosed with terminal cancer. He was extremely thin and frail from the many chemotherapy treatments. He also wasn't able to work and relied on social security disability to pay for his medical cannabis. Often, even when we were struggling financially as a business, Gorgi would provide this person with free RSO oil in hopes it would alleviate the side effects of chemo. It was an incredibly sad day when we learned he had passed away. He was only 25 years old. This is just one example of the many people who Gorgi tried to help. Cannabis

isn't for everyone, we know that, but if it helps someone with Parkinson's have a good night's sleep without tremors, or boost their appetite to eat and build up some strength, or reduce anxiety for a veteran with PTSD, it was well worth it. I often laugh when people ask me what I do for a living; I never thought it would be something like this.

Seeing Gorgi with his mother and father, as well as his kids, made me know that he is a family man. He loves just hanging out in the backyard, cooking on the grill and watching TV. You'll find him often, listening to Dean Martin or his favorite Canadian singer, Gordon Lightfoot. One example of his thoughtfulness, that I think is rather sweet and endearing, is his engagement on social media. He will read up on sports and watch some funny videos, but the majority of his posts are dedicated to wishing his facebook friends a happy birthday regardless if he really knows the person or not. I think this is such a kind and simple gesture.

He's a magnetic person that a lot of people are drawn to. He makes friends wherever he goes and he's a very trusting soul. He always wants to believe the best in people. I'm more guarded and reserved than he is. Once he met an Amish cabinet maker named Ruben. Within ten minutes of meeting at a home show, they became buds. Gorgi is good at remembering people's names, a trait I often fail at and is respectful and polite. It doesn't matter who the person is, where they come from, ethnicity, demographic, occupation, whatever, he treats everyone with respect. The former Deputy Director of the IL Cannabis Control Section will say, "Gorgi, you knew me when I was a nobody working at a dispensary and was so nice to me then, and you treated me with respect and still do to this day". Bret Bender, who has since moved on to work in the private sector again. Bret became the head of the heavily regulated Illinois market for a short time. It was nice to have his support and guidance. Gorgi and I are still regarded as being good operators in Illinois. A title we share proudly and take very seriously.

One of the things that impressed me about my husband is the fact that he is self-taught. I asked him one day how he learned to use Microsoft excel. When I grew up, those classes were not available in high school. He learned, later in life when it was needed, by watching YouTube videos.

Another attribute that makes him so special is how he still never speaks negatively about his kid's mother. He was married at a very young age and supported his new family the best way he knew how. The dissolution of his marriage is something that he doesn't talk about much. It was a very painful time for him. In a world where it's common to bash former spouses, to children, through social media, etc., he never would do that. He always made sure that the children would have a gift for Luba at

Christmas, Mother's Day and Birthdays and he always honored his commitments towards child support and beyond.

Gorgi also has a sweet spot for animals. We currently have four cats at our home. One of them my daughter brought home after she was dumped, we had another one show up in our backyard three winters ago. Gorgi bought a heated house for the animal to live in, supplied some straw, food and water and he's still hanging out on our back porch to this day. Pepper is a feral cat who runs from me and my daughter, but he will only come to Gorgi when he calls and Gorgi is the only human allowed to pet him. Sometimes animals find us when we need them and this rings true in this case. This past winter, there was a kitten at my place of work; I took her to the vet to get spayed, planning to return her to the warehouse. I couldn't find it in my heart to take her back, so we kept her at our home. She is now a thriving indoor/outdoor cat. Gorgi, never complaining, takes care of this one as well. Lastly, we have a cat we call Barney, again another feral cat but he/she lives in the barn and is well fed. We've had a host of other animals in our lives, mainly dogs. We only have one dog living now and his name is Ruckus. Ruckus can be a scary, intimidating animal but he loves Gorgi like no other. He patiently waits by the front door on Gorgi's return home for daily hugs.

Judge Kuntz, the day that Gorgi was arrested and taken away was one of the scariest times in our lives. He has never had any issues with the law or been arrested. We were shocked. The old saying, you find out who your friends are, rang true during this time. A few of them ran away from him, but many of his true friends, who know him and love him, have provided support and encouragement and for that, we are forever grateful. I recall our first visit to New York to appear in court. Needless to say, we were both extremely nervous. For the first time seeing the prosecutor in person, as he walked past us, Gorgi's only comment was "he's just doing his job". His statement wasn't negative or hateful, being in a situation where most people, myself included, would think otherwise. This is an example of the respect that he has for the court and the proceedings that continued.

I would be remiss if I didn't talk about an amazing friend of Gorgi's who passed away in December 2022. Robert Fireman was the CEO of MariMed Inc. at the time of his passing. "Bob" as we affectionately called him was a well respected attorney in the Boston area. Gorgi was introduced to him in 2014, along with Jon Levine, in our searches for industry guidance into cannabis. Bob and Gorgi became instant friends. They talked a lot of business but also got to know each other on a personal level. When Gorgi was arrested and incarcerated for several days in the county jail, Bob called me every single day trying to help. I will never forget that. I look at myself and wonder if anyone would do that for me. More than likely, no. Bob Fireman and Jon Levine helped support us with the bond requirements. Gorgi would be sitting in jail to

this day if it weren't for them. We didn't have those kinds of financial resources to support the monetary obligations. Your Honor, this shows you how special of a man Gorgi is and the faith that two kind folks from a big city had in him.

I do want to add, Judge Kuntz, a huge thank you for allowing us both the opportunity to visit and spend time with his family in March and then again in July. To see his mother shed tears of joy at seeing him surprise her and walk through her front door was priceless. His parents and kids were so happy to see him back home. It was truly a blessing. Family vacations have been put on hold for all of us. As his wife, it's just not the same to travel without him by my side and I've chosen to adhere to this confinement right along with him.

During these past 3+ years, we have been so afraid as to what will happen. The "what if's" – will he have to go away and serve time; will he ever be allowed to enter the U.S. freely after this? Will he be deported? Will he be able to visit with my family, attend a funeral for a loved one? We realize with a felony conviction, that his record and reputation will be forever tarnished, and this will follow him everywhere he goes. Even if it's not in the U.S., this will forever impact our lives. Either way, our lives have changed. I pray that you will grant him probation and not send him away. I know that Gorgi will never be in a situation such as this ever again. He realizes the mistakes that he made and has taken accountability. He is so regretful of the missed time with his parents and children. Now that they are adults with jobs, they do not have the flexibility to visit us as often as we would like. Gorgi has missed seeing his beautiful baby granddaughters and being a part of their daily lives.

I humbly ask for leniency as you review Gorgi's case and determine his sentence. There is no doubt in my mind that he has suffered immensely these past few years and is regretful, yet accountable, for his mistakes. I will be forever grateful if you allow us to close this consequential chapter in our lives and dedicate the remainder of our time on earth to making amends and fostering positive change.

Please contact me if you have any further questions. My cell phone number is (618) 357-0685.

Respectfully,

*[signature]*

Rosie M. Naumovski