# EXHIBIT 4

Gorgi Naumovski Jr.<br>
56 Watersdown Cresent<br>
Whitby, Ontario, Canada L1R1Y9<br>
(905) 442-7842

*************************************************************************

MAY 10, 2024

THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

MY NAME IS GORGI NAUMOVSKI. I'M THE YOUNGEST OF GORGI NAUMOVSKI'S FOUR CHILDREN. SOME CALL ME JUNIOR BECAUSE MY DAD AND I SHARE THE SAME NAME. I'VE KNOWN AND LOVED MY DAD FOR THE LAST 28 YEARS. HE IS A ROLE MODEL NOT ONLY TO ME BUT ALSO TO THE MANY KIDS HE COACHED AND MENTORED IN HOCKEY ALONG THE WAY.  MANY OF MY FRIENDS USED TO SAY WE LOVE YOUR DAD; HE'S SUCH A FUN FATHER. MY DAD HAS ALWAYS BEEN AROUND AND PRESENT IN MY LIFE, AND NOT HAVING HIM AROUND THE LAST FEW YEARS SURE HAS BEEN TOUGH; I KNOW IT HAS BEEN JUST AS TOUGH FOR HIM, ALONG WITH THE REST OF OUR FAMILY. I'M NOT ONE TO CARE ABOUT MONEY. BUT ALL THE MONEY IN THE WORLD WOULDN'T MAKE UP FOR THIS LOST TIME OF NOT HAVING MY DAD PRESENT.

IT'S BEEN A LONG PROCESS AND A DEVASTATING ONE, TO SAY THE LEAST, NOT HAVING MY DAD AROUND THE LAST FEW YEARS, CELEBRATING MY BIRTHDAYS AND FAMILY EVENTS, OR EVEN SIMPLY BEING THERE FOR MY BIG AND SMALL ACCOMPLISHMENTS. HIS PARENTS (MY GRANDPARENTS) ARE GETTING OLDER, AND I BELIEVE HE DOESN'T NEED TO MISS OUT ON ANY MORE OF THAT TIME, WHICH IS ALREADY PRECIOUS. I THINK MY DAD KNOWS HOW MUCH PRECIOUS TIME HE'S MISSED OUT ON. HE COULD BE HOME WITH US EVERY DAY FOR THE NEXT 5 YEARS EVERY DAY, AND THAT STILL WOULDN'T MAKE UP FOR THE TIME HE'S BEEN AWAY. HE MISSED MY BROTHER'S TWO DAUGHTERS BEING BORN. A LOT HAS BEEN MISSED. I FEEL IT'S TIME TO MAKE UP FOR A LOT OF LOST TIME AND HAVE MY DAD COME HOME. HE DESERVES IT, YOUR HONOR.

I ASK YOU HONOR, TO PLEASE ALLOW MY FATHER BY ALLOWING HIM TO COME HOME. I KNOW HE FEELS REMORSE AND REGRETS THE ACTIONS THAT CAUSED THIS NIGHTMARE. I GUARANTEE HE WILL BE A BETTER PERSON AND MAKE UP FOR HIS MISTAKE BY GIVING BACK TO HIS FAMILY AND THE PEOPLE HE COMES IN CONTACT WITH. I GUARANTEE HE WILL SEE IF HIS FRIENDS ARE REALLY HIS "TRUE FRIENDS" BEFORE MAKING ANY DECISIONS IN HIS LIFE AGAIN THAT WOULD AFFECT HIS FAMILY AND HIS WELL-BEING.

JUDGE KUNTZ, THANK YOU FOR TAKING THE TIME TO READ THIS LETTER ABOUT MY FATHER AND THE TRUE REGRET/REMORSE HE FEELS ABOUT NOT ONLY PUTTING HIMSELF IN THIS SITUATION BUT OUR ENTIRE FAMILY. I ASK YOU TO FORGIVE MR. NAUMOVSKI. I DO HAVE THE WORLD'S BEST DAD AND I SINCERELY MEAN THAT.

Gorgi Naumovski Jr.<br>
56 Watersdown Cresent<br>
Whitby, Ontario, Canada L1R1Y9<br>
(905) 442-7842

*****************************************************************************

THANKS AGAIN, JUDGE KUNTZ. IF I COULD ASSIST YOU IN ANY WAY AND/OR ANSWER ANY QUESTIONS REGARDING MY LETTER, PLEASE DON'T HESITATE TO CONTACT ME! 905-442-7842 IS MY PERSONAL NUMBER.

SINCERELY,

*[signature: Gorgi Naumovski]*

GORGI NAUMOVSKI (JR)